**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **JANE DOE (C.J.),** | |
| **Plaintiff,** | **Cause No. 2:23-cv-02973** |
| **v.** | |
| **ALBERT COTUGNO JR., ALFA COTUGNO ENTERPRISES, L.P. AND CADILLAC MOTELS, INC. COLLECTIVELY D/B/A ECONO LODGE, CHOICE HOTELS INTERNATIONAL SERVICES CORP., AND CHOICE HOTELS INTERNATIONAL INC.** | **JOINT STIPULATION OF DISMISSAL** |
| **Defendants.** | |

## JOINT STIPULATION OF DISMISSAL

Plaintiff Jane Doe (C.J.) and Defendant Choice Hotels International, Inc., hereby stipulate pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) that this action be dismissed with prejudice with each party bearing its own attorneys' fees and costs of court.

Dated: July 22, 2025                    Respectfully submitted,

| | |
|---|---|
| **THE LOCK LAW FIRM** | **CONNELL FOLEY LLP** |
| By: */s/ Francesca A. Iacovangelo* | By: */s/ Sara M. Turner* |
| Francesca A. Iacovangelo | Bryan P. Couch, Esq. |
| 601 Walnut Street, Suite 720 E. | One Newark Center |
| Philadelphia, PA 19106 | 1085 Raymond Boulevard, 19th Floor |
| (215) 893-3454 | Newark, NJ 07102 |
| fiacovangelo@lockslaw.com | bcouch@connellfoley.com |
| and | and |
| **PROVOST★UMPHREY LAW FIRM, L.L.P.** | **BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, PC** |
| Christopher T. Kirchmer | Sara M. Turner |

1

State Bar No. 00794099
350 Pine Street, Suite 1100
Beaumont, Texas 77701
(409) 835-6000
ckirchmer@provostumphrey.com

***Attorneys for Plaintiff Jane Doe (C.J.)***

1901 Sixth Avenue North, Suite 2600
Birmingham, AL 35203
(205) 249-6601
smturner@bakerdonelson.com

***Attorneys for Defendant***
***Choice Hotels International, Inc.***

2

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on this 22nd day of July 2025, a true and correct copy of the foregoing was duly served on all counsel of record by CM/ECF.

/s/ *Francesca A. Iacovangelo*
Francesca A. Iacovangelo, Esq.