CLOSING

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| JANE DOE (C.J.),<br><br>              **Plaintiff,**<br>**v.**<br><br>ALBERT COTUGNO JR., ALFA<br>COTUGNO ENTERPRISES, L.P. AND<br>CADILLAC MOTELS, INC.<br>COLLECTIVELY D/B/A ECONO<br>LODGE, CHOICE HOTELS<br>INTERNATIONAL SERVICES CORP.,<br>AND CHOICE HOTELS<br>INTERNATIONAL INC.<br><br>              **Defendants.** | **Cause No. 2:23-cv-02973**<br><br><br>**JOINT STIPULATION OF DISMISSAL** |

<u>**JOINT STIPULATION OF DISMISSAL**</u>

Plaintiff Jane Doe (C.J.) and Defendant Choice Hotels International, Inc., hereby stipulate

pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) that this action be dismissed with

prejudice with each party bearing its own attorneys' fees and costs of court.

Dated: July 22, 2025                    Respectfully submitted,

**THE LOCK LAW FIRM**                 **CONNELL FOLEY LLP**

By: */s/ Francesca A. Iacovangelo*        By: */s/ Sara M. Turner*

Francesca A. Iacovangelo              Bryan P. Couch, Esq.
601 Walnut Street, Suite 720 E.        One Newark Center
Philadelphia, PA 19106               1085 Raymond Boulevard, 19th Floor
(215) 893-3454                     Newark, NJ 07102
fiacovangelo@lockslaw.com            bcouch@connellfoley.com

and                              and

**PROVOST★UMPHREY LAW FIRM,**        **BAKER, DONELSON, BEARMAN,**
**L.L.P.**                         **CALDWELL & BERKOWITZ, PC**

Christopher T. Kirchmer               Sara M. Turner

1

State Bar No. 00794099
350 Pine Street, Suite 1100
Beaumont, Texas 77701
(409) 835-6000
ckirchmer@provostumphrey.com

**Attorneys for Plaintiff Jane Doe (C.J.)**

1901 Sixth Avenue North, Suite 2600
Birmingham, AL 35203
(205) 249-6601
smturner@bakerdonelson.com

**Attorneys for Defendant
Choice Hotels International, Inc.**

SO ORDERED

_s/Madeline Cox Arleo_
MADELINE COX ARLEO, U.S.D.J.

Date:   7/23/25

2

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 22nd day of July 2025, a true and correct copy of the foregoing was duly served on all counsel of record by CM/ECF.

/s/ <i>Francesca A. Iacovangelo</i>
Francesca A. Iacovangelo, Esq.
